# United States District Court
## Southern District of Georgia

BOILING CRAB FRANCHISE CO., LLC

Plaintiff

v.

CHINA COMPANY D/B/A THE BOILING SHRIMP

Defendant

Case No. 6:20-cv-00029-JRH-CLR

Appearing on behalf of

BOILING CRAB FRANCHISE CO., LLC

(**Plaintiff**/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __10th__ day of __March__, __2020__.

*Christopher L. Ray*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Steven E. Klein |
| Business Address: | DAVIS WRIGHT TREMAINE LLP |
| | Firm/Business Name |
| | 1300 SW Fifth Avenue, Suite 2400 |
| | Street Address |
| | Portland, OR 97201 |
| Street Address (con't) | City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (503) 778-5283   n/a |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | stevenklein@dwt.com |