```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF GEORGIA
                        STATESBORO DIVISION
```

BOILING CRAB FRANCHISE CO., \
LLC,

    Plaintiff,

        v.                      CV 620-029

CHINA COMPANY D/B/A THE \
BOILING SHRIMP,

    Defendant.

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 24.) Plaintiff and Defendant consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that all claims and counterclaims are **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 22nd day of October, 2020.

_____ \
J. RANDAL HALL, CHIEF JUDGE \
UNITED STATES DISTRICT COURT \
SOUTHERN DISTRICT OF GEORGIA